IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00421-AP

DANIEL KOPP,

       Plaintiff,

  v.

JO ANNE B. BARNHART, Commissioner of Social Security

       Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

                          For Plaintiff:
                          Larry R. Daves
                          207 ½ Colorado
                          P. O. Box 1026
                          La Junta, CO 81050
                          719-384-5438
                          719-384-8676 (facsimile)
                          E-mail: ldaves@pcisys.net

                          For Defendant:
                          Teresa H. Abbott
                          Special Assistant United States Attorney

                          *Mailing Address:*
                          *1961 Stout Street, Suite 1001A*
                          *Denver, Colorado  80294*
                          E-mail: Teresa.Abbott@ssa.gov

                          *Street Address:*
                          1225 Seventeenth Street, Suite 700
                          Denver, Colorado 80202
                          (303) 454-0100
                          (303) 454-0404 (facsimile)

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** March 9, 2006

    B.    **Date Complaint Was Served on U.S. Attorney's Office:**   March 13, 2006

    C.    **Date Answer and Administrative Record Were Filed**: May 12, 2006

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    The administrative record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

    There is no additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    This case does not raise any unusual claims or defenses.

**7.    OTHER MATTERS**

    None.

**8.    PROPOSED BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:**   June 22, 2006

    B.    **Defendant's  Response Brief Due:**  July 24, 2006

    C.    **Plaintiff's  Reply Brief (If Any) Due:** August 8, 2006

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    **Plaintiff's Statement:**  Oral argument is not requested**.**

    B.    **Defendant's Statement:**  Oral argument is not requested..

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

    A.    **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 23rd day of May, 2006.

                          BY THE COURT:

                          S/John L. Kane
                          U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Larry R. Daves
Larry R. Daves
207 ½ Colorado
P. O. Box 1026
La Junta, CO 81050
ldaves@pcisys.net
719-384-5438

Attorney for Plaintiff

WILLIAM J. LEONE
UNITED STATES ATTORNEY

s/ Kurt J. Bohn
KURT J. BOHN

Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
17th Street Plaza
Denver, Colorado 80202
Telephone: (303) 454-0100
kurt.bohn@usdoj.gov

s/ Teresa H. Abbott
By: Teresa H. Abbott
Special Assistant U.S. Attorney
teresa.abbott@ssa.gov

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado 80294

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100

Attorney for Defendant